Case # 2:17-cv-01107-WJ-LF Letter to Judge to show cause 01/08/18 Page #1

Case 2:17-cv-01107-WJ-LF Document 7 Filed 01/11/18 Page 1 of 6

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 11 2018

MATTHEW J. DYKMAN
CLERK

Dear Judge Laura Fashing,

Hello, this is Star Joseph, the Plantiff in Case # 2:17-cv-01107-WJ-LF. This letter is to inform you Your Honor and show cause why I have been unable to return the post-filing financial certificate that was sent to me by the clerk of the court. On 11/16/17 I sent 2 un-filled out post-filing financial certificates to the finance department here at MTC-Otero County Prison Facility with an I-60 request form asking that the post-filing financial Certificates be filled out and returned to me so that I could send them back to the court to be filed. On 11/20/17 I recieved a reply from the finance dept. here at MTC-OCPF stating "I cannot explain it, it would have to be your attorney" and "Please send a self addressed envelope to finance". I sent the finance dept. a self addressed envelope to be returned to me with the post-filing financial certificates and they sent me 2 resident account summaries but they did not send me back the 2 post-filing financial certificates that I initialy sent them and asked to have filled out and returned to me. On 12/04/17 I sent the finance dept. an I-60 request form asking for the 2 post-filing financial certificates that I sent to them on 11/16/17 back. On 12/05/17 I recieved that I-60 back stating " I already sent them back to You". This is not true Judge Fashing, I still have not recieved back the 2 post-filing financial certificates from the court that I sent to the finance dept. On 11/16/17. On 12/06/17 I filed a grievance here at MTC-OCPF asking that the 2 post-filing financial certificates be filled out and returned to me. I recieved no response to this grievance. On 01/01/18 I filed a second grievance on this same matter. Cont... Pg.2

It is now 01/08/18 and I still have not recieved a response to either grievance and the post-filing certificate has not been filled out nor returned to me. I feel that it is important that I bring this matter to your attention Judge Fashing, as the cause of why I Star Joseph the Plantiff in case # 2:17-cv-01107-WJ-LF have not returned the post-filing financial certificate back to the court in a timely manner. Attached are the original I-60 requests and 1st grievance that I filed here at MTC-Otero County Prison Facility. Your Honor I am respectfully requesting that another post-filing financial certificate be sent to me so that I may once again attempt to have them filled out so that I can return then filled out to the court as ordered.

Respectfully and Sincerely,

Star Joseph
01/08/18

# OTERO COUNTY PRISON FACILITY
## STEP 1
### INMATE GRIEVANCE ~~FORM~~

Detainee Name: Star Joseph     ID #: 9163105

Housing Assignment: RHU 2 cell 59

Location where incident occurred: OCPF Finance Dept.

| OFFICE USE ONLY |
| --- |
| Housing Unit Officer: |
| Date Issued: |
| Date Due: |
| Grievance #: |

Department for resolution: [ ] Security, [ ] Programs, [ ] Laundry, [ ] Kitchen, [ ] Transport, [ ] Medical, [ ] Administration, [✓] Other  Finance Dept.

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

What is the grievance you are appealing?     When?

What was the outcome?

What action was taken?

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 11/16/17 I sent 2 financial certificates from the court to the finance department asking that they are filled out and returned to me. On 11/20/17 I recieved a reply from the finance dept. Stating "I cannot explain it it would have to be your attorney" and Please send a self addressed envelope to finance. I sent the self addressed envelope and they sent me 2 resident account summorys but they did not send me back the 2 financial certificates that I iniatialy sent them and asked to have filled out and returned to me. On 12/4/17 I sent the finance dept a I-60 asking for the certificates that I sent to them on 11/16/17 back. On 12/05/17 I recieved that I-60 back stating "I already sent them back to You". This is not true I still have not recieved back the 2 financial certificates that I sent to finance on 11/16/17 asking to be filled out and returned to me. The 2 Resident Account Summorys are not the 2 financial certificates I

Action Requested to Resolve Your Complaint: Can I please have the 2 financial certificates with the case # 2:17-cv-01107-WJ-LF that I sent to the Finance Dept. on 11/16/17 filled out and returned to me. They are legal documents that must be sent back to the United States District Court. Thank You.

Inmate Signature: Star Joseph     Date: 12/06/2017

Revised: 11-08-2011

tero County Prison Facility                                      FORM I-60 / FORMA I-60

TO: ~~Warden Anderson~~ / Finance Dept.   DIRIGIDO A:

Date / Fecha: 11/16/2017   Name / Nombre: Star Joseph

Housing / Número de Cama: RHU 2 cell 59   Inmate No. / No. de Identificación: 9163105/

Briefly state the problem with which you require assistance. / Brevemente describa el problema en cual necesita asistencia.

Can I please have this Financial Certificate filled out 2 copies sent back to me? Also can I have a letter from Inmate Accounts explaining that I am a pre-trial federal detainee and that I am not allowed to work or earn monthly income at this facility. Thank you

Cannot explain it, would

Laundry / Lavandería:
- Socks / Calcetines
- Bag / Bolsa
- Sheet / Sabana

- Toothbrush / Cepillo de Dientes
- Towel / Toalla
- Pillow Case / Funda de Almohada
- Blanket / Cobija

Size / Talla
- Underwear / Calzones
- T-Shirt / Camiseta   Raul
- Shirt / Playera
- Pants / Pantalones   your attorney
- Shoes / Zapatos

Do not write below this line. / No escriba debajo de esta Línea.

Disposition / Disposición: Please send a self addressed   Date / Fecha: 11-20-17
envelope to Finance.

Thank you
Finance

Otero County Prison Facility                                                                FORM I-60 / FORMA I-60

TO: _Finance Department_            DIRIGIDO A: _____

Date / Fecha: _12.4.17_        Name / Nombre: _Star Joseph_

Housing / Número de Cama: _R4H2 cell 59_    Inmate No. / No. de Identificación: _9163105_

Briefly state the problem with which you require assistance. / Brevemente describa el problema en cual necesita asistencia.

Can I please have the financial Certificates that I turned in to the finance Dept. filled out and returned to me? I turned in financial Certificates with an I-60 on 11/16/2017, May I use have them back filled out, I have to send them back to the court.

Laundry / Lavanderia:
☐ Socks / Calcetines      ☐ Toothbrush / Cepillo de Dientes     ☐ Underwear / Calzones        Size / Tallа
☐ Bag / Bolsa             ☐ Towel / Toalla                       ☐ T-Shirt / Camiseta          _____
☐ Sheet / Sabana          ☐ Pillow Case / Funda de Almohada      ☐ Shirt / Playera             _____
                          ☐ Blanket / Cobija                     ☐ Pants / Pantalones  DEC 0 5 2017
                                                                 ☐ Shoes / Zapatos

Do not write below this line. / No escriba debajo de esta Línea.

Disposition / Disposición:                                       Date / Fecha: _12-5-17_

_I already sent them back to you._

_Finance_

Stan Joseph #9163105/
10 McGregor Range Road
Chaparral, New Mexico
88081, RHU 2 cell 59

RECEIVED
At Albuquerque NM

JAN 11 2018

MATTHEW J. DYKMAN
CLERK

United States District Court
District of New Mexico
ATN: Judge Laura Fashing & Matthew J. Dykman, Clerk
Pete V. Domenici United States Courthouse
333 Lomas Blvd. NW
Suite 270
Albuquerque, New Mexico
87102-2348

US POSTAGE $000.460
PITNEY BOWES
JAN 09 2018
MAILED FROM ZIP CODE 88081
0001956152